# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Brent Meldrum and the Cellular Device Registered to the<br>Phone Number (617) 957-7888 Under Rule 41 | )<br>)<br>)  Case No. 1:24-mj- 5-01-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a)(1) | - Entering or remaining in restricted buildings or grounds |
| 18 U.S.C. §§ 1752(a)(2) | - Disorderly and disruptive conduct in a restricted building or grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) | - Disorderly or disruptive conduct in the Capitol Buildings |
| 40 U.S.C. §§ 5104(e)(2)(G) | - Parading, demonstrating, or picketing in a Capitol Building |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Brian Gutierrez

*Applicant's signature*

Special Agent Brian Gutierrez, F.B.I.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephonic conference *(specify reliable electronic means)*.

Date: **Jan 18, 2024**

*Judge's signature*

City and state: Concord, New Hampshire — Hon. Andrea K. Johnstone, U.S. Magistrate Judge

*Printed name and title*